# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO.  H-08-00287 |
| ) | |
| WILLBROS GROUP, INC., and ) | |
| WILLBROS INTERNATIONAL, INC. ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon the unopposed motion of the United States dated March 30, 2012, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the information in this case, and the Court having fully considered the motion, it is hereby

**ORDERED** that the Government's motion is granted and the criminal information in the above-captioned case is hereby dismissed with prejudice.

_____
HON. SIM LAKE
UNITED STATES DISTRICT JUDGE

1